# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION

**STACY ANTONIO SCOTT, JR.,**

    **Plaintiff,**

v.            Case No. 1:17cv174-MW/GRJ

**CORIZON HEALTH, et al.,**

    **Defendants.**

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 13. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** without prejudice as malicious for abuse of the judicial process pursuant to 28 U.S.C. § 1915A(b). This dismissal shall operate as a "strike" pursuant to 28 U.S.C. § 1915(g)." The Clerk shall close the file.

**SO ORDERED on October 24, 2017.**

                                                **s/Mark E. Walker              ____**
                                                **United States District Judge**